**DISMISS and Opinion Filed April 7, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00088-CV**

**MAURICE HOOKER, Appellant**

**V.**

**ARNOLD VERBEEK, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20523**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Garcia
Opinion by Justice Carlyle

Before the Court is the parties' joint motion to dismiss the appeal because they have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE

220088f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MAURICE HOOKER, Appellant

No. 05-22-00088-CV          V.

ARNOLD VERBEEK, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-19-20523. Opinion delivered by Justice Carlyle. Justices Smith and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee ARNOLD VERBEEK recover his costs of this appeal from appellant MAURICE HOOKER.

Judgment entered this 7th day of April, 2022.